UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMUEL IMANUEL WEBB #156113,

        Plaintiff,        Case No. 1:11-cv-475

v.        Honorable Paul L. Maloney

PATRICIA L. CARUSO et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the Opinion filed this date:

**IT IS ORDERED** that Plaintiff's action be **DISMISSED WITH PREJUDICE** for frivolousness and for failure to state a claim pursuant to 28 U.S.C. § 1915(e)).

Dated:   July 14, 2011        /s/ Paul L. Maloney
                                                Paul L. Maloney
                                                Chief United States District Judge